UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY 7O D.C.

05 OCT 31 PM 4: 44

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| CURTIS L. BYRD, JR. | JUDGMENT IN A CIVIL CASE |
| v. | |
| P. STEPHEN ORR, et al. | CASE NO: 05-2472-D |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal entered on October 28, 2005, this cause is hereby dismissed without prejudice.

APPROVED:

_(signature)_
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

October 31, 2005
Date

THOMAS M. GOULD
Clerk of Court

_(signature)_
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-2-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02472 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

Curtis L. Byrd
4746 Spottswood #349
Memphis, TN 38117

Honorable Bernice Donald
US DISTRICT COURT